IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-00491-PAB-MJW

UNITED STATES FIRE INSURANCE COMPANY, et al.,

Plaintiff(s),

v.

PINKARD CONSTRUCTION COMPANY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Vacate and Reschedule Scheduling/Planning Conference (docket no. 7) is DENIED.  The parties have had since March 6, 2009, to discuss the merits of this case. I do not find good cause shown to continue the Rule 16 Scheduling Conference.

Date:  May 5, 2009